

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NOV 01 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | No. 2:13-cr-0354-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| HUSSAIN SHAHZAD, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release HUSSAIN SHAHZAD Case No. 2:13-cr-0354-MCE, charge: 21 § 846 and 841(a)(1), from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 50,000

        _X_ Unsecured Appearance Bond, cosigned by brothers

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

        _X_ (Other): Pretrial conditions. Defendant to be released on 11/5/2013 at 9:00 AM, to the custody of Pretrial Services, for transport to The Effort inpatient treatment facility.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on November 1, 2013.

*Dale A. Drozd*

UNITED STATES MAGISTRATE JUDGE