1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   HUSSAIN SHAHZAD

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              No. 2:13-CR-00354-MCE

11                        Plaintiff,       **STIPULATION AND ORDER TO
                                           CONTINUE STATUS CONFERENCE,**
12       vs.                               **AND TO EXCLUDE TIME PURSUANT
                                           TO THE SPEEDY TRIAL ACT**
13  FARAH SARWAR, et al.,

14                        Defendants.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for

18  plaintiff; Robert McCann, attorney for defendant Farah Sarwar; and Michael E. Hansen,

19  attorney for defendant Hussain Shahzad, that the previously-scheduled status conference date

20  of December 5, 2013, be vacated and the matter set for status conference on February 20, 2014,

21  at 9:00 a.m.

22       This continuance is requested to allow counsel additional time to review discovery with

23  the defendants, to examine possible defenses and to continue investigating the facts of the case.

24       The Government concurs with this request.

25       Further, the parties agree and stipulate the ends of justice served by the granting of such

26  a continuance outweigh the best interests of the public and the defendants in a speedy trial and

27  that time within which the trial of this case must be commenced under the Speedy Trial Act

28  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

                                           1

**Stipulation and Order to Continue Status Conference**

1    Local Codes T2 (complex case) and T4 (to allow defense counsel time to prepare), from the

2    date of the parties' stipulation, December 2, 2013, to and including February 20, 2014.

3        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4       IT IS SO STIPULATED.

5    Dated:  December 2, 2013                Respectfully submitted,

6                                       /s/ Michael E. Hansen
                                      MICHAEL E. HANSEN

7                                       Attorney for Defendant
                                      HUSSAIN SHAHZAD

8

9    Dated:  December 2, 2013                /s/ Michael E. Hansen for
                                      ROBERT McCANN
                                      Attorney for Defendant

10                                     FARAH SARWAR

11    Dated:  December 2, 2013                BENJAMIN B. WAGNER
                                      United States Attorney

12

13                                     By:  /s/ Michael E. Hansen for
                                      CHRISTIAAN HIGHSMITH
                                      Assistant U.S. Attorney

14                                     Attorney for Plaintiff

15

16                              **ORDER**

17       The Court, having received, read, and considered the stipulation of the parties, and

18    good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

19    Based on the stipulation of the parties and the recitation of facts contained therein, the Court

20    finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

21    itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

22    specifically finds that the failure to grant a continuance in this case would deny defense

23    counsel to this stipulation reasonable time necessary for effective preparation, taking into

24    account the exercise of due diligence.  The Court finds that the ends of justice to be served by

25    granting the requested continuance outweigh the best interests of the public and the defendants

26    in a speedy trial.

27       The Court orders that the time from the date of the parties' stipulation, December 2,

28    2013, to and including February 20, 2014, shall be excluded from computation of time within

**Stipulation and Order to Continue Status Conference**

1 | which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

2 | U.S.C. section 3161(h)(7)(B)(iv), and Local Codes T2 (complex case) and T4 (reasonable time

3 | for defense counsel to prepare).   It is further ordered that the December 5, 2013, status

4 | conference shall be continued until February 20, 2014, at 9:00 a.m.

5 |     **IT IS SO ORDERED**.

6 | Dated:  December 3, 2013

                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**