Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
HUSSAIN SHAHZAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HUSSAIN SHAHZAD,<br><br>                    Defendant. | No. 2:13-CR-00354-MCE<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY PRETRIAL**<br>**RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Hussain Shahzad, that the pretrial release conditions requiring electronic monitoring and curfew be terminated.

Mr. Shahzad is currently participating in a location monitoring program and has done so since his release from The Effort. He has successfully completed the 90-day drug program and is currently seeking employment.

The United States Attorney and the Pretrial Services Officer for Mr. Shahzad have no opposition to the proposed change. Accordingly, Mr. Hussain Shahzad requests the Court modify his pretrial release conditions. Specifically, Pretrial Services is recommending conditions 14 and 15 be deleted. All other conditions remain in effect.

/ /

/ /

1

**Stipulation/[Proposed] Order to Modify Pretrial Release Conditions**

| | |
|---|---|
| Dated: April 29, 2014 | Respectfully submitted, |
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant Hussain Shahzad |
| Dated: April 29, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>CHRISTIAAN HIGHSMITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated: April 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation/[Proposed] Order to Modify Pretrial Release Conditions