

Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
HUSSAIN SHAHZAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00354-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| FARAH SARWAR, et al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff; Chris Haydn-Myer, attorney for defendant Farah Sarwar; and Michael E. Hansen, attorney for defendant Hussain Shahzad, that the previously-scheduled status conference date of September 25, 2014, be vacated and the matter set for status conference on December 4, 2014, at 9:00 a.m.

    To date, the government has produced almost 15,000 pages of discovery.  This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

    The Government concurs with this request.

    Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**Stipulation and Order to Continue Status Conference**

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
2  Local Codes T2 (complex case) and T4 (to allow defense counsel time to prepare), from the
3  date of the parties' stipulation, September 18, 2014, to and including December 4, 2014.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5      IT IS SO STIPULATED.

6  Dated:  September 18, 2014          Respectfully submitted,

7                       /s/ Michael E. Hansen
                     MICHAEL E. HANSEN
8                       Attorney for Defendant
                     HUSSAIN SHAHZAD
9
10 Dated:  September 18, 2014          /s/ Michael E. Hansen for
                     CHRIS HAYDN-MYER
                     Attorney for Defendant
11                      FARAH SARWAR

12 Dated:  September 18, 2014          BENJAMIN B. WAGNER
                     United States Attorney
13
                     By:  /s/ Michael E. Hansen for
14                      CHRISTIAAN HIGHSMITH
                     Assistant U.S. Attorney
15                      Attorney for Plaintiff

16

17 **ORDER**

18     The Court, having received, read, and considered the stipulation of the parties, and
19 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
20 Based on the stipulation of the parties and the recitation of facts contained therein, the Court
21 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
22 itself within the time limits established in 18 U.S.C. Section 3161.  In addition, the Court
23 specifically finds that the failure to grant a continuance in this case would deny defense
24 counsel to this stipulation reasonable time necessary for effective preparation, taking into
25 account the exercise of due diligence.  The Court finds that the ends of justice to be served by
26 granting the requested continuance outweigh the best interests of the public and the defendants
27 in a speedy trial.
28 ///

Stipulation and Order to Continue Status Conference

1    The Court orders that the time from the date of the parties' stipulation, September 18, 2014, to and including December 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the September 25, 2014, status conference shall be continued until December 4, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**