Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
HUSSAIN SHAHZAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>FARAH SARWAR, et al.,<br><br>             Defendants. | No. 2:13-CR-00354-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff; Chris Haydn-Myer, attorney for defendant Farah Sarwar; and Michael E. Hansen, attorney for defendant Hussain Shahzad, that the previously-scheduled status conference date of December 18, 2014, be vacated and the matter set for status conference on February 12, 2015, at 9:00 a.m.

To date, the government has produced almost 15,000 pages of discovery.  This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**Stipulation and Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Codes T2 (complex case) and T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, December 15, 2014, to and including February 12, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  December 15, 2014			Respectfully submitted,

						/s/ Michael E. Hansen
						MICHAEL E. HANSEN
						Attorney for Defendant
						HUSSAIN SHAHZAD

Dated:  December 15, 2014			/s/ Michael E. Hansen for
						CHRIS HAYDN-MYER
						Attorney for Defendant
						FARAH SARWAR

Dated:  December 15, 2014			BENJAMIN B. WAGNER
						United States Attorney

						By:  /s/ Michael E. Hansen for
						CHRISTIAAN HIGHSMITH
						Assistant U.S. Attorney
						Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

**Stipulation and Order to Continue Status Conference**

1    The Court orders that the time from the date of the parties' stipulation, December 15,
2 2014, to and including February 12, 2015, shall be excluded from computation of time within
3 which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
4 U.S.C. section 3161(h)(7)(B)(iv), and Local Codes T2 (complex case) and T4 (reasonable time
5 for defense counsel to prepare).  It is further ordered that the December 18, 2014, status
6 conference shall be continued until February 12, 2015, at 9:00 a.m.

7    **IT IS SO ORDERED**.

8 Dated:  December 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order to Continue Status Conference