Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
HUSSAIN SHAHZAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   vs.<br><br>FARAH SARWAR, et al.,<br><br>                      Defendants. | No. 2:13-CR-00354-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff; Chris Haydn-Myer, attorney for defendant Farah Sarwar; and Michael E. Hansen, attorney for defendant Hussain Shahzad, that the previously-scheduled status conference date of February 12, 2015, be vacated and the matter set for status conference on April 9, 2015, at 9:00 a.m.

     To date, the government has produced almost 15,000 pages of discovery.  This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

     The Government concurs with this request.

     Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1

**Stipulation and Order to Continue Status Conference**

1   should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

2   Local Codes T2 (complex case) and T4 (to allow defense counsel time to prepare), from the

3   date of the parties' stipulation, January 30, 2015, to and including April 9, 2015.

4          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5          IT IS SO STIPULATED.

6   Dated:  January 30, 2015                    Respectfully submitted,

7                                               /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
8                                               Attorney for Defendant
                                                HUSSAIN SHAHZAD
9
    Dated:  January 30, 2015                    /s/ Michael E. Hansen for
10                                              CHRIS HAYDN-MYER
                                                Attorney for Defendant
11                                              FARAH SARWAR

12  Dated:  January 30, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney
13
                                                By:  /s/ Michael E. Hansen for
14                                              CHRISTIAAN HIGHSMITH
                                                Assistant U.S. Attorney
15                                              Attorney for Plaintiff

16

17                                  **ORDER**

18         The Court, having received, read, and considered the stipulation of the parties, and

19  good cause appearing therefrom, adopts the stipulation of the parties in its entirety.  Based on

20  the stipulation of the parties and the recitation of facts contained therein, the Court finds that it

21  is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

22  the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds

23  that the failure to grant a continuance in this case would deny defense counsel to this

24  stipulation reasonable time necessary for effective preparation, taking into account the exercise

25  of due diligence.  The Court finds that the ends of justice to be served by granting the requested

26  continuance outweigh the best interests of the public and the defendants in a speedy trial.

27         The Court orders that the time from the date of the parties' stipulation, January 30,

28  2015, to and including April 9, 2015, shall be excluded from computation of time within which

**Stipulation and Order to Continue Status Conference**

the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 12, 2015, status conference shall be continued until April 9, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  February 2, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**