HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Farah Sarwar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

FARAH SARWAR, et. al.,

        Defendants.

CASE NO. 2:13-CR-00354 MCE

STIPULATION AND ORDER
CONTINUING STATUS
CONFERENCE; FINDING OF
EXCLUDABLE TIME

Date:  April 9, 2015
Time:  9:00 a.m.
Court: Hon. Morrison C.
England, Jr.

**STIPULATION**

    Plaintiff, United States of America, through its counsel of record, and defendants, Farah Sarwar and Hussain Shahzad, by and through their counsel of record, hereby stipulate and agree as follows:

    1. A status conference is currently set for April 9, 2015 at 9:00 a.m.

    2. By this stipulation, the above-named defendants now move to continue the status Conference to May 21, 2015 at 9:00 a.m., and to exclude time between April 9, 2015 to May

- 1 -

Sarwar Stipulation and
Order

21, 2015 under Local Codes T2 and T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a. The government has produced discovery which to date includes discovery marked Bates Number 00229-14878.  The discovery is not numbered in a continuous numerical order, but it does contain audio files. Further, the government has provided information regarding approximately 13 search warrants that are relevant to the case.  All of this discovery has been either produced directly to counsel and/or made available.

b. Counsel for the defendants are still in the process of investigating the case, and counsel for Ms. Sarwar is currently set for trial assignment on a homicide case on April 9.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny their clients the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Plaintiff does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the

Sarwar Stipulation and Order

defendants in a trial within the original date prescribed

by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial

Act, 16 U.S.C. § 3161, et seq., within which trial must

commence, the time period from April 9, 2015 to May 21,

2015 inclusive, is deemed excludable pursuant to 18

U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] and Local

Code T2 because it results from a continuance by the

Court at the defendant's request on the basis of the

Court's finding that the ends of justice served by taking

such action outweigh the best interest of the public and

the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a

finding that other provisions of the Speedy Trial Act

dictate that additional time periods are excludable from

the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by

counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 6, 2015                    BENJAMIN B. WAGNER
                                        Unites States Attorney

                                        /s/ Christopher Haydn-Myer for
                                        Christiaan Highsmith
                                        Assistant United States Attorney
                                        for Plaintiff United States

///

Sarwar Stipulation and
Order

DATED: April 6, 2015

/s/ Christopher Haydn-Myer for
Michael Hansen
Attorney for Hussain Shahzad


DATED: April 6, 2015          HAYDN-MYER LAW OFFICE

/s/ Christopher Haydn-Myer
Christopher Haydn-Myer
Attorney for Farah Sarwar


**ORDER**


IT IS SO ORDERED.

Dated:  April 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 4 -

Sarwar Stipulation and
Order