1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,               CASE NO.  2:13-CR-00354-MCE

12                     Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                            ORDER

14  FARAH SARWAR ET AL.,                    DATE: May 21, 2015
                                            TIME: 9:00 a.m.
15                     Defendants.          COURT: Hon. Morrison C. England, Jr.

16

17                                    **STIPULATION**

18      1.      By previous order, this matter was set for status on May 21, 2015.

19      2.      By this stipulation, defendants now move to continue the status conference until July 30,

20  2015, and to exclude time between May 21, 2015, and July 30, 2015, under Local Code T4.

21      3.      The parties agree and stipulate, and request that the Court find the following:

22              a)      The government has represented that the discovery associated with this case

23  includes approximately 288 pages of documents, Bates numbered 1-228, plus audio and video

24  recordings, Bates numbered 229-14878.  All of this discovery has been either produced directly

25  to counsel and/or made available for inspection and copying.

26              b)      Counsel for defendants desire additional time to review discovery in this case,

27  consult with their clients to review the current charges and evaluate the discovery in light of

28  those charges, to conduct investigation and research related to the charges, to discuss potential

1    resolutions with their clients, to evaluate the need for pretrial motions, and to otherwise prepare

2    for trial.

3            c)        Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny counsel the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6            d)        The government does not object to the continuance.

7            e)        Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10           f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of May 21, 2015 to July 30, 2015,

12   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13   because it results from a continuance granted by the Court at defendants' request on the basis of

14   the Court's finding that the ends of justice served by taking such action outweigh the best interest

15   of the public and the defendant in a speedy trial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 15, 2015                          BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ CHRISTIAAN H.
                                              HIGHSMITH
                                              CHRISTIAAN H. HIGHSMITH
                                              Assistant United States Attorney


Dated:  May 15, 2015                          /s/ CHRIS HAYDN-MYER
                                              CHRIS HAYDN-MYER
                                              Counsel for Defendant
                                              Farah Sarwar


Dated:  May 15, 2015                          /s/ MICHAEL HANSEN
                                              MICHAEL HANSEN
                                              Counsel for Defendant
                                              Hussain Shahzad



**ORDER**

**IT IS SO ORDERED.**

**Dated:  May 26, 2015**


                                              _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT