1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO.  2:13-CR-00354-MCE

12                     Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13             v.                       ORDER

14 FARAH SARWAR ET AL.,                 DATE: July 30, 2015
                                        TIME: 9:00 a.m.
15                     Defendants.      COURT: Hon. Morrison C. England, Jr.

16

17                          **STIPULATION**

18     1.      By previous order, this matter was set for status on July 30, 2015.

19     2.      By this stipulation, defendants now move to continue the status conference until

20 September 10, 2015, and to exclude time between July 30, 2015, and September 10, 2015, under Local

21 Code T4.

22     3.      The parties agree and stipulate, and request that the Court find the following:

23             a)      The government has represented that the discovery associated with this case

24 includes approximately 288 pages of documents, Bates numbered 1-228, plus audio and video

25 recordings, Bates numbered 229-14878.  All of this discovery has been either produced directly

26 to counsel and/or made available for inspection and copying.

27             b)      Counsel for defendants desire additional time to review discovery in this case,

28 consult with their clients to review the current charges and evaluate the discovery in light of

those charges, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, to evaluate the need for pretrial motions, and to otherwise prepare for trial.

c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2015 to September 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  July 28, 2015                             BENJAMIN B. WAGNER
                                                    United States Attorney

7

8                                                   /s/ CHRISTIAAN H.
                                                    HIGHSMITH
9                                                   CHRISTIAAN H. HIGHSMITH
                                                    Assistant United States Attorney

10

11

12  Dated:  July 28, 2015                           /s/ CHRIS HAYDN-MYER
                                                    CHRIS HAYDN-MYER
13                                                  Counsel for Defendant
                                                    Farah Sarwar

14

15  Dated:  July 28, 2015                           /s/ MICHAEL HANSEN
                                                    MICHAEL HANSEN
16                                                  Counsel for Defendant
                                                    Hussain Shahzad

17

18

19

20                                      **ORDER**

21    IT IS SO ORDERED.

22  Dated:  July 29, 2015

23

24  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

25

26

27

28