1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:13-CR-00354-MCE

12                  Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                          ORDER

14  FARAH SARWAR ET AL.,                 DATE: September 10, 2015
                                         TIME: 9:00 a.m.
15                  Defendants.          COURT: Hon. Morrison C. England, Jr.

16

17                               **STIPULATION**

18       1.      By previous order, this matter was set for status on September 10, 2015.

19       2.      By this stipulation, defendants now move to continue the status conference until October

20  8, 2015, and to exclude time between September 10, 2015, and October 8, 2015, under Local Code T4.

21       3.      The parties agree and stipulate, and request that the Court find the following:

22              a)      The government has represented that the discovery associated with this case

23  includes approximately 288 pages of documents, Bates numbered 1-228, plus audio and video

24  recordings, Bates numbered 229-14,878. All of this discovery has been either produced directly

25  to counsel and/or made available for inspection and copying.

26              b)      Counsel for defendants desire additional time to review discovery in this case,

27  consult with their clients to review the current charges and evaluate the discovery in light of

28  those charges, to conduct investigation and research related to the charges, to discuss potential

STIPULATION RE: SPEEDY TRIAL ACT; ORDER          1

resolutions with their clients, to evaluate the need for pretrial motions, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2015 to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 8, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ CHRISTIAAN H.
                                             HIGHSMITH
                                             CHRISTIAAN H. HIGHSMITH
                                             Assistant United States Attorney


Dated:  September 8, 2015                    /s/ CHRIS HAYDN-MYER
                                             CHRIS HAYDN-MYER
                                             Counsel for Defendant
                                             Farah Sarwar


Dated:  September 8, 2015                    /s/ MICHAEL HANSEN
                                             MICHAEL HANSEN
                                             Counsel for Defendant
                                             Hussain Shahzad


                                    **ORDER**

IT IS SO ORDERED.

Dated:  September 9, 2015



                                             _____
                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT