BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>FARAH SARWAR ET AL.,<br><br>               Defendants. | CASE NO. 2:13-CR-00354-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 8, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on October 8, 2015.

2.      By this stipulation, defendants now move to continue the status conference until January 21, 2016, and to exclude time between October 8, 2015, and January 21, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 288 pages of documents, Bates numbered 1-228, plus audio and video recordings and email account information, Bates numbered 229-24,016. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review discovery in this case, consult with their clients to review the current charges and evaluate the discovery in light of those charges, to conduct investigation and research related to the charges, to discuss potential

resolutions with their clients, to evaluate the need for pretrial motions, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2015 to January 21, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  October 6, 2015                          BENJAMIN B. WAGNER
                                                      United States Attorney
7

8                                                    /s/ CHRISTIAAN H.
                                                     HIGHSMITH
9                                                    CHRISTIAAN H. HIGHSMITH
                                                     Assistant United States Attorney
10

11  Dated:  October 6, 2015                          /s/ CHRIS HAYDN-MYER
                                                     CHRIS HAYDN-MYER
12                                                   Counsel for Defendant
                                                     Farah Sarwar
13

14
    Dated:  October 6, 2015                          /s/ MICHAEL HANSEN
15                                                   MICHAEL HANSEN
                                                     Counsel for Defendant
16                                                   Hussain Shahzad

17

18

19

20                                     **ORDER**

21        IT IS SO ORDERED.

22  Dated:  October 9, 2015

23

24                                     _____
                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
25                                     UNITED STATES DISTRICT COURT

26

27

28