HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Farah Sarwar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00354 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME |
| vs. | |
| FARAH SARWAR, et. al., | Date:  January 21, 2016 |
| Defendants. | Time:  9:00 a.m. Court: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, through its counsel of record, and defendants, Farah Sarwar and Hussain Shahzad, by and through their counsel of record, hereby stipulate and agree as follows:

1. A status conference is currently set for January 21, 2016 at 9:00 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to March 17, 2016 at 9:00 a.m., and to exclude time between January 21, 2016

- 1 -

Sarwar Stipulation and Order

to March 17, 2016 under Local Codes T2 and T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a. The government has produced discovery which to date includes discovery marked Bates Number 00229-14878.  The discovery is not numbered in a continuous numerical order, but it does contain audio files. Further, the government has provided information regarding approximately 13 search warrants that are relevant to the case.  This discovery has been either produced directly to counsel and/or made available.

b. According to the reports prepared by the investigating agents, over 80,000 pills were seized.  Counsel is in the process of attempting to calculate and ascertain the type of substances that were in the pills that were seized by law enforcement for the purpose of determining the guideline range(s).

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny their clients the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Plaintiff does not object to the continuance.

Sarwar Stipulation and Order

    e. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 21, 2016 to March 17, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] and Local Code T2 because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

- 3 -

Sarwar Stipulation and Order

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 18, 2016           BENJAMIN B. WAGNER
                                  Unites States Attorney

                                  /s/ Christopher Haydn-Myer for
                                  Christiaan Highsmith
                                  Assistant United States Attorney
                                  for Plaintiff United States

DATED: January 18, 2016

                                  /s/ Christopher Haydn-Myer for
                                  Michael Hansen
                                  Attorney for Hussain Shahzad

DATED: January 18, 2016           HAYDN-MYER LAW OFFICE

                                  /s/ Christopher Haydn-Myer
                                  Christopher Haydn-Myer
                                  Attorney for Farah Sarwar

**ORDER**

IT IS SO ORDERED.

Dated:  January 19, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Sarwar Stipulation and Order