Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
HUSSAIN SHAHZAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00354-MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| FARAH SARWAR, et al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff; Chris Haydn-Myer, attorney for defendant Farah Sarwar; and Michael E. Hansen, attorney for defendant Hussain Shahzad, that the previously-scheduled status conference date of March 17, 2016, be vacated and the matter set for status conference on May 5, 2016, at 9:00 a.m.

    Michael Hansen is presently in trial in <u>USA v. Dianna Woods</u> (2:12-CR-00330-WBS), which is expected to last at least two weeks.  Mr. Hansen is, therefore, unavailable to attend the status conference on March 17, 2016.

    The Government does not oppose this request.

    Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1   should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
2   Local Codes T2 (complex case) and T4 (to allow defense counsel time to prepare), from the
3   date of the parties' stipulation, March 8, 2016, to and including May 5, 2016.
4       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5       IT IS SO STIPULATED.

Dated:  March 8, 2016                            Respectfully submitted,

                                                 /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
                                                 Attorney for Defendant
                                                 HUSSAIN SHAHZAD

Dated:  March 8, 2016                            /s/ Michael E. Hansen for
                                                 CHRIS HAYDN-MYER
                                                 Attorney for Defendant
                                                 FARAH SARWAR

Dated:  March 8, 2016                            BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 By:  /s/ Michael E. Hansen for
                                                 CHRISTIAAN HIGHSMITH
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

**Amended Stipulation and Order to Continue Status Conference**

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 8, 2016, to and including May 5, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the March 17, 2016, status conference shall be continued until May 5, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Amended Stipulation and Order to Continue Status Conference