Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
HUSSAIN SHAHZAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FARAH SARWAR, et al.,<br><br>Defendants. | No. 2:13-CR-00354-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff; Chris Haydn-Myer, attorney for defendant Farah Sarwar; and Michael E. Hansen, attorney for defendant Hussain Shahzad, that the previously-scheduled status conference date of June 2, 2016, be vacated and the matter set for status conference on June 23, 2016, at 10:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

**Amended Stipulation and Order to Continue Status Conference**

1  Local Codes T2 (complex case) and T4 (to allow defense counsel time to prepare), from the
2  date of the parties' stipulation, May 31, 2016, to and including June 23, 2016.
3       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4       IT IS SO STIPULATED.

5  Dated:  May 31, 2016                              Respectfully submitted,

6                                                    /s/ Michael E. Hansen
                                                     MICHAEL E. HANSEN
7                                                    Attorney for Defendant
                                                     HUSSAIN SHAHZAD
8
   Dated:  May 31, 2016                              /s/ Michael E. Hansen for
9                                                    CHRIS HAYDN-MYER
                                                     Attorney for Defendant
10                                                   FARAH SARWAR

11 Dated:  May 31, 2016                              BENJAMIN B. WAGNER
                                                     United States Attorney
12
                                                     By:  /s/ Michael E. Hansen for
13                                                   CHRISTIAAN HIGHSMITH
                                                     Assistant U.S. Attorney
14                                                   Attorney for Plaintiff

15

16                                           **ORDER**

17      The Court, having received, read, and considered the stipulation of the parties, and
18 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
19 Based on the stipulation of the parties and the recitation of facts contained therein, the Court
20 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
21 itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
22 specifically finds that the failure to grant a continuance in this case would deny defense
23 counsel to this stipulation reasonable time necessary for effective preparation, taking into
24 account the exercise of due diligence.  The Court finds that the ends of justice to be served by
25 granting the requested continuance outweigh the best interests of the public and the defendants
26 in a speedy trial.
27      The Court orders that the time from the date of the parties' stipulation, May 31, 2016,
28 to and including June 23, 2016, shall be excluded from computation of time within which the

**Amended Stipulation and Order to Continue Status Conference**

1  trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section
2  3161(h)(7)(B)(iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense
3  counsel to prepare).  It is further ordered that the June 2, 2016, status conference shall be
4  continued until June 23, 2016, at 10:00 a.m.
5       IT IS SO ORDERED.
6  Dated: June 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Amended Stipulation and Order to Continue Status Conference**